UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*24cr134 PJS/TNL*

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | |
| CEDRIC LAMONT BERRY, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Felon in Possession of a Firearm)

On or about March 26, 2024, in the State and District of Minnesota, the defendant,

**CEDRIC LAMONT BERRY**,

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
| --- | --- | --- |
| Aggravated Robbery – 1st Degree | Hennepin County, MN | November 2012 |
| Unlawful Possession of a Firearm – Adjudicated Delinquent | Hennepin County, MN | November 2012 |
| Felon in Possession of a Firearm | United States District Court, District of Minnesota | July 2018 |



SCANNED
MAY 1 6 2024
U.S. DISTRICT COURT ST. PAUL

U.S. v. Cedric Lamont Berry

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Smith and Wesson model MP 2.0 9mm pistol bearing serial number NAR0169, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in or used in connection with such violation including, but not limited to, a Smith and Wesson model MP 2.0 9mm pistol bearing serial number NAR0169, together with any ammunition and accessories seized therewith.

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY             FOREPERSON