UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-cr-134 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Cedric Lamont Berry, | |
| Defendant. | |

This matter comes before the Court on Defendant Cedric Lamont Berry's Motion for Extension of Time to File Pre-Trial Motions, ECF No. 18. Defendant states that additional time is needed "to review discovery" and make a determination as to "what, if any, motions should be filed." ECF No. 18 at 1. Defendant notes that "[t]he discovery includes video evidence that is time consuming to view." ECF No. 18 at 1. Defendant requests a one-week extension of the motions-filing deadline, from June 14 to June 21, 2024. The Government has no objection to Defendant's request.

For good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Extension of Time to File Pre-Trial Motions, ECF No. 18, is **GRANTED**.

2. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **June 21, 2024**. D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Leung.

3. **Counsel must electronically file a letter on or before June 21, 2024 if no motions will be filed and there is no need for hearing**.

4. All responses to motions must be filed by **July 8, 2024**. D. Minn. LR 12.1(c)(2).

5. Any Notice of Intent to Call Witnesses must be filed by **July 8, 2024**. D. Minn. LR. 12.1(c)(3)(A).

6. Any Responsive Notice of Intent to Call Witnesses must be filed by **July 11, 2024**. D. Minn. LR 12.1(c)(3)(B).

7. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a. The government makes timely disclosures and Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

8. If required, the motions hearing is **RESCHEDULED** and must be heard before Magistrate Judge Tony N. Leung on **July 15, 2024**, at **1:30 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, Minnesota. D. Minn. LR 12.1(d).

9. **TRIAL:**

a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT, the following trial and trial-related dates REMAIN:**

Trial briefs, voir dire questions, proposed jury instructions, and trial-related motions (including motions in limine) shall be filed and submitted to Chief Judge Patrick J. Schiltz's chambers by 4:00 p.m. on **July 17, 2024**.

Responses to trial-related motions (including motions in limine) shall be submitted by 4:00 p.m. on **July 22, 2024**.

A pretrial conference will be held with Chief Judge Patrick J. Schiltz at 9:00 a.m. on **July 26, 2024**, in Courtroom 15, Minneapolis. The government must submit its lists of prospective witnesses and prospective exhibits at this conference.

Trial will commence before Chief Judge Patrick J. Schiltz at 9:00 a.m. on **July 29, 2024**, in Courtroom 15, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

[Continued on next page.]

    **b.**  **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for Chief Judge Patrick J. Schiltz to confirm the new trial date.**

Dated: June __20__, 2024          *s/ Tony N. Leung*
                    TONY N. LEUNG
                    United States Magistrate Judge

                    *United States v. Berry*
                    Case No. 24-cr-134 (PJS/TNL)