UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,   Court File No. 24-cr-134 (PJS/TNL)

Plaintiff,

v.   **WITHDRAWAL OF MOTION FOR NEW COUNSEL**

CEDRIC LAMONT BERRY, Jr.,

Defendant.

---

I, Cedric Berry, withdraw the motion I filed (Doc #42) requesting new counsel. I spoke to attorney Lengeling and he met with me to review my case. We resolved our differences and I want to keep him on my case. I ask the Court to withdraw the motion and cancel the hearing set for January 29, 2025. I make this request voluntarily and without any threats or promises from anyone about what will happen in my case.

Date: 1-16-25

_Cedric Berry_
Cedric Lamont Berry, Jr.

Filed on behalf of the Defendant by:

Law Office of Robert A, Lengeling, PLLC

Date: 1/16/25   By _Robert Lengeling_
Robert A. Lengeling, #304165
310 Fourth Ave S, Suite 1050
Minneapolis, Minnesota 55415
(612) 963-1555 / (612) 333-8003 fax
robert@lengelinglaw.com
ATYTORNEY FOR DEFENDANT