# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No:  24-CR-0134 (PJS/TNL) |
| Cedric Lamont Berry, Defendant. | Date:  February 24, 2025 |
| | Court Reporter:  Maria Weinbeck |
| | Courthouse:  Minneapolis |
| | Courtroom:  15 |
| | Time Commenced:  1:32 p.m. |
| | Time Concluded:  1:57 p.m. |
| | Sealed Hearing Time: |
| | Time in Court:  Hours & 25 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:    Syngen Kanassatega
    For Defendant:    Robert Lengeling   ☐ FPD   ☒ CJA   ☐ Retained   ☐ Appointed
Interpreter/Language: /
☐ Appointment of Counsel requested -   ☐ granted   ☐ denied.
☐ Appointed

PROCEEDINGS:
    ☐ **Arraignment** on ☐ Information, ☐ Indictment
    ☒ **Change of Plea Hearing.**
    ☐ **Initial Appearance.**
    ☐ Indictment waived.
    ☐ Defendant withdraws plea of as to Count(s):

    ☒ PLEA:
        ☒ Guilty as to Count: 1 (straight up)
        ☐ "Nolo Contendere" as to Count(s):
        ☐ Defendant admits allegations in the Information.

    ☒ Presentence Investigation and Report requested.
    ☐ Bond continued.
    ☒ **~Util Set/Reset Hearings:** Sentencing is scheduled for Thursday, June 12, 2025 at 9:00 a.m. before Judge Patrick J. Schiltz.
    ☒ Defendant remanded to the custody of the U.S. Marshal.

s/CSG<br>Courtroom Deputy